JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARGIE BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE COUNTY OF LOS ANGELES DPSS et al.,<br><br>　　　　Defendants. | Case No. CV 20-07404-SB (DFM)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

IT IS ADJUDGED that this action is dismissed without prejudice.

Date: November 23, 2020

_____
STANLEY BLUMENFELD, JR.
United States District Judge